**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 414-144 |
| | * | |
| JERMAIEN LANIER | * | |

# O R D E R

On April 2, 2015, the Court sentenced Defendant Jermaien Lanier to serve 57 months on Count 1 (Conspiracy to Commit Interference with Commerce by Robbery) and 60 months on Count 3 (Possession of a Firearm During/In Relation to a Crime of Violence) of the superseding indictment, the sentences "to be served consecutively." (Judgment & Commitment Order, Doc. 68, at 2.) There is no mention in the Judgment and Commitment Order about any state sentence.

At present, Defendant has filed a note that, in his words, is "not a motion." In the filing, Defendant asks whether he needs to file a motion to ensure that his federal sentence runs concurrent to a state term of imprisonment. Defendant represents that he has a letter from the Honorable William T. Moore, Jr., addressing the concurrent nature of the state and federal sentences. Notably, there is no "letter" from Judge Moore on the record of the case. The only expression on the matter is the *lack of* expression in the Judgment and Commitment Order as noted above.

Further, Defendant is hereby advised that if he wishes to challenge the calculation of his federal sentence, he must file a petition under 28 U.S.C. § 2241, but only ***after*** he exhausts his administrative remedies with the Bureau of Prisons. See Santiago-Lugo v. Warden, 785 F.3d 467, 475 (11th Cir. 2015) ("The [administrative] exhaustion requirement is still a requirement, it's just not a jurisdictional one."); Davis v. Warden, FCC Coleman-USP I, 661 F. App'x 561, 562 (11th Cir. 2016) (noting that to properly exhaust administrative remedies, a § 2241 petitioner must comply with the BOP's deadlines and procedural rules).

Upon the foregoing, to the extent Defendant's filing may be considered a motion for judicial action, the "motion" (doc. 110) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA